IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-cv-00211-D

TAYLOR FISSE and BRYAN REES, individually )
and on behalf of all others similarly situated, )
                                                                )
                Plaintiffs, )
                                                                   ) ORDER ON CONSENT MOTION
                     v. ) FOR EXTENSION OF PLEADING
                                                                   ) DEADLINES
AUDIBLE, INC., )
                                                                   )
                Defendant. )

Good cause appearing, and pursuant to Local Civil Rule 6.1, defendant's motion is hereby GRANTED, and the Court adopts the following schedule:

| **Deadline** | **Due Date** |
| --- | --- |
| Plaintiffs Fisse and Rees to file Third Amended Complaint | June 22, 2018 |
| Defendant's expected response (Motion to Compel Arbitration as to both Ms. Fisse and Mr. Rees) | July 6, 2018 |
| Plaintiffs' Opposition to Motion to Compel Arbitration | July 27, 2018 |
| Defendant's Reply re Motion to Compel Arbitration | August 10, 2018 |

SO ORDERED. This **29** day of May 2018.

                                                                    JAMES C. DEVER III
                                                                    Chief United States District Judge