IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-00211-D

| | |
|---|---|
| TAYLOR FISSE and BRYAN REES, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AUDIBLE, INC., <br><br> Defendant. | **ORDER GRANTING STAY OF PROCEEDINGS PENDING SETTLEMENT** |

Pending before the Court is Plaintiffs Taylor Fisse and Bryan Rees' and Defendant Audible, Inc.'s Joint Motion Requesting Stay of Proceedings Pending Settlement.

The Court finds that the parties' joint request is reasonable. Accordingly, the Court **GRANTS** the motion and stays further proceedings in this action pending approval of a proposed settlement in *McKee v. Audible, Inc.*, Case No. 2:17-cv-01941 (GW) in the United States District Court for the Central District of California.

The parties shall file a joint status report with this Court within fourteen days of a ruling on the preliminary settlement agreement in *McKee v. Audible*.

**SO ORDERED.** This 11 day of September 2018.

JAMES C. DEVER III
Chief United States District Judge