IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-00211-D

| | |
|---|---|
| TAYLOR FISSE and BRYAN REES, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>AUDIBLE, INC.,<br><br>    Defendant. | **STIPULATION OF DISMISSAL**<br>**FED. R. CIV. P. 41** |

Plaintiffs Taylor Fisse and Bryan Rees, and Defendant Audible, Inc., by and through their respective counsel, stipulate to the dismissal of all claims in this action, per Fed. R. Civ. P. 41(a)(1)(A)(ii).

On August 16, 2019, the proposed nationwide class action settlement in a related case, *McKee v. Audible, Inc.*, Case No. 2:17-cv-01941 (C.D. Cal., Judge Wu), was approved in its entirety and judgment was entered. No appeal was filed in the *McKee* case and the judgment became final on September 16, 2019. The *McKee* settlement resolves the claims Fisse and Rees raised in this action. Fisse and Rees are named as class representatives in the *McKee* settlement and they granted Audible a release in connection with the *McKee* settlement.

Each party will bear their own costs, fees, and expenses in the manner provided for in the *McKee* settlement.

| | |
|---|---|
| Dated: October 21, 2019 | Respectfully submitted, |
| SODERSTROM LAW PC | FENWICK & WEST LLP |
| */s Jamin S. Soderstrom*_____ | */s Jedediah Wakefield*_____ |
| Jamin S. Soderstrom (CSB No. 261054) | Jedediah Wakefield (CSB No. 178058) |
| Email: jamin@soderstromlawfirm.com | Email: jwakefield@fenwick.com |
| 3 Park Plaza, Suite 100 | 555 California Street, 12th Floor |
| Irvine, California 92614 | San Francisco, CA 94104 |
| Telephone: (949) 667-4700 | Telephone: (415) 875-2300 |
| Facsimile: (949)424-8091 | Facsimile: (415) 281-1350 |
| Attorneys for Plaintiffs TAYLOR FISSE and BRYAN REES | Attorneys for Defendant AUDIBLE, INC. |
| MILLER MONROE & PYLER PLLC | ELLIS & WINTERS LLP |
| */s Jason A. Miller*_____ | */s Stephen D. Feldman*_____ |
| Jason A. Miller (NCSB No. 39923) | Stephen D. Feldman (NCSB No. 34940) |
| Email: jmiller@millermonroelaw.com | Email: stephen.feldman@elliswinters.com |
| 3321 Trillium Whorl Court | 4131 Parklake Avenue, Suite 400 |
| Raleigh, North Carolina 27607 | Raleigh, NC 27612 |
| Telephone: (919) 809-7346 | Telephone: (919) 865-7005 |
| Facsimile: (919) 516-0062 | Facsimile: (919) 865-7010 |
| Local Civil Rule 83.1(d) Counsel for Plaintiffs TAYLOR FISSE and BRYAN REES | Attorney for Defendant AUDIBLE, INC. |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on October 21, 2019.

SODERSTROM LAW PC

*/s/ Jamin S. Soderstrom*
Jamin S. Soderstrom
SODERSTROM LAW PC
3 Park Plaza, Suite 100
Irvine, California 92614
949-667-4700 (phone)
949-424-8091 (fax)
jamin@soderstromlawfirm.com
CA Bar No. 261054 (specially appearing)

Attorneys for Plaintiffs
TAYLOR FISSE and BRYAN REES,
individually and on behalf of all others
similarly situated

MILLER MONROE & PYLER PLLC

/s/ *Jason A. Miller*
Jason A. Miller (NCSB No. 39923)
MILLER MONROE & PYLER PLLC
3321 Trillium Whorl Court
Raleigh, North Carolina 27607
919-809-7346 (phone)
919-516-0062 (fax)
jmiller@millermonroelaw.com

Local Civil Rule 83.1(d) Counsel for Plaintiffs
TAYLOR FISSE and BRYAN REES,
individually and on behalf of all others
similarly situated
